UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSE RAMOS | : | CIVIL #12-04193    (RBK) |
| Plaintiff(s), | : | |
| -vs- | : | **ORDER OF DISMISSAL** |
| ACXIOM INFORMATION SECURITY SECURITY SERVICES, INC., ET AL. | : | |
| Defendant(s). | : | |
| | : | |

-----------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this **4**<sup>TH</sup> Day of **December 20**<u>14</u> **;**

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

        s/Robert B. Kugler
        HON. ROBERT B. KUGLER,  U.S.D.J.

cc:   Hon. Ann Marie Donio, U.S. Magistrate Judge
      All Counsel on Record
      File